IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-02430-MSK-KMT

JEPSEN, MURPHY AND ASSOCIATES, LLC,

　　Plaintiff,

v.

THE TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA,

　　Defendant.

## ORDER OF REMAND

THIS MATTER comes before the Court on the Stipulated Motion to Remand Case to the District Court, Adams County Colorado (Motion) (**#17**) filed October 15, 2014.  Having reviewed the Motion,

IT IS ORDERED that the Motion is GRANTED and this matter is REMANDED to the District Court, Adams County, Colorado, each party to bear his, her or its own attorney fees and costs.

DATED this 16th day of October, 2014.

**BY THE COURT:**

Marcia S. Krieger
United States District Court